UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JOHN PERRY, )<br>JOSEPH BURHOE, )<br>JAMES DEAMICIS and )<br>THOMAS FLAHERTY, )<br>  Defendants. )<br>) | Criminal Action No. 12-10293 |

## VERDICT FORM

WE, THE JURY, UNANIMOUSLY FIND:

As to COUNT ONE (Racketeering), we unanimously find:

Defendant JOHN PERRY     ✓ Guilty     ___ Not Guilty

Defendant JOSEPH BURHOE     ✓ Guilty     ___ Not Guilty

Defendant JAMES DEAMICIS     ___ Guilty     ___ Not Guilty

Defendant THOMAS FLAHERTY     ___ Guilty     ✓ Not Guilty

If you found any defendant(s) guilty as to Count 1, please indicate below which alleged Racketeering Acts you unanimously find the government has proven beyond a reasonable doubt as to that defendant(s):

Racketeering Act No. 1:
(Conspiracy to Extort Employer Entities)

Defendant JOHN PERRY     ✓ Proven     ___ Not Proven

Defendant JOSEPH BURHOE     ✓ Proven     ___ Not Proven

1

      Defendant JAMES DEAMICIS

                                                        Proven                Not Proven

      Defendant THOMAS FLAHERTY                          ✓

                                                        Proven                Not Proven

Racketeering Act No. 2:
(Extortion of Four Pints, LLC)

      Defendant JOSEPH BURHOE      ✓

                                                         Proven                Not Proven

Racketeering Act No. 3:
(Extortion of Rafanelli Events and Brigham & Women's Hospital)

      Defendant JOHN PERRY                                  ✓

                                                         Proven                Not Proven

      Defendant JOSEPH BURHOE      ✓

                                                         Proven                Not Proven

Racketeering Act No. 4:
(Extortion of Sebastian's Café & Catering and Best of Boston)

      Defendant JOHN PERRY                                  ✓

                                                         Proven                Not Proven

      Defendant JAMES DEAMICIS                          ✓

                                                        Proven                Not Proven

Racketeering Act No. 5:
(Extortion of U.S. Green Building Council and Wolfgang Puck)

      Defendant JOHN PERRY                                  ✓

                                                         Proven                Not Proven

      Defendant JOSEPH BURHOE      ✓

                                                         Proven                Not Proven

Racketeering Act No. 6:
(Extortion of Novartis and The Westin Waterfront Hotel)

      Defendant JOHN PERRY                                  ✓

                                                         Proven                Not Proven

      Defendant JOSEPH BURHOE                           ✓

                                                       Proven                Not Proven

| | | |
|---|---|---|
| Defendant JAMES DEAMICIS | _____ Proven | ✓ Not Proven |

Racketeering Act No. 7:
(Attempted Extortion of Live Nation)

| | | |
|---|---|---|
| Defendant JAMES DEAMICIS | _____ Proven | _____ Not Proven |
| Defendant THOMAS FLAHERTY | _____ Proven | ✓ Not Proven |

Racketeering Act No. 8:
(Attempted Extortion of Massachusetts Democratic Party)

| | | |
|---|---|---|
| Defendant JOHN PERRY | _____ Proven | ✓ Not Proven |
| Defendant JOSEPH BURHOE | _____ Proven | ✓ Not Proven |
| Defendant JAMES DEAMICIS | _____ Proven | ✓ Not Proven |
| Defendant THOMAS FLAHERTY | _____ Proven | ✓ Not Proven |

Racketeering Act No. 9:
(Extortion of Massachusetts General Hospital)

| | | |
|---|---|---|
| Defendant JOHN PERRY | ✓ Proven | _____ Not Proven |
| Defendant JAMES DEAMICIS | _____ Proven | ✓ Not Proven |

Racketeering Act No. 10:
(Extortion of The Westin Copley Hotel)

| | | |
|---|---|---|
| Defendant JOHN PERRY | _____ Proven | ✓ Not Proven |
| Defendant JAMES DEAMICIS | _____ Proven | _____ Not Proven |

Racketeering Act No. 11:
(Extortion of The Great Bridal Show and The Westin Waterfront Hotel)

    Defendant JOSEPH BURHOE    ✓ Proven    ___ Not Proven

Racketeering Act No. 12(a):
(Conspiracy to Extort – Manipulation of Contract Ratification Votes)

(1)    as to wages and employee benefits:

    Defendant JOHN PERRY    ✓ Proven    ___ Not Proven

    Defendant JOSEPH BURHOE    ✓ Proven    ___ Not Proven

    Defendant JAMES DEAMICIS    ___ Proven    ✓ Not Proven

    Defendant THOMAS FLAHERTY    ___ Proven    ✓ Not Proven

*Whether or not you found that the government has proven or not proven the conduct under subsection (1) of Racketeering Act No. 12(a), answer section (2) of Racketeering Act No. 12(a) below:*

(2)    as to the rights of Local 82 members to democratic participation in the affairs of their labor organization as guaranteed by the LMRDA:

    Defendant JOHN PERRY    ✓ Proven    ___ Not Proven

    Defendant JOSEPH BURHOE    ✓ Proven    ___ Not Proven

    Defendant JAMES DEAMICIS    ___ Proven    ✓ Not Proven

    Defendant THOMAS FLAHERTY    ___ Proven    ✓ Not Proven

Racketeering Act No. 12(b):
(Extortion – Manipulation of Contract Ratification Votes)

    (1)    as to wages and employee benefits:

| Defendant | Proven | Not Proven |
|---|---|---|
| Defendant JOHN PERRY | ✓ | |
| Defendant JOSEPH BURHOE | ✓ | |
| Defendant JAMES DEAMICIS | | ✓ |
| Defendant THOMAS FLAHERTY | | ✓ |

*Whether or not you found that the government has proven or not proven the conduct under subsection (1) of Racketeering Act No. 12(b), answer section (2) of Racketeering Act No. 12(b) below:*

    (2)    as to the rights of Local 82 members to democratic participation in the affairs of their labor organization as guaranteed by the LMRDA:

| Defendant | Proven | Not Proven |
|---|---|---|
| Defendant JOHN PERRY | ✓ | |
| Defendant JOSEPH BURHOE | ✓ | |
| Defendant JAMES DEAMICIS | | ✓ |
| Defendant THOMAS FLAHERTY | | ✓ |

Racketeering Act No. 13:
(Extortion of Edward Flaherty and Other Local 82 Members)

    (1)    as to wages and employee benefits:

| Defendant | Proven | Not Proven |
|---|---|---|
| Defendant JOSEPH BURHOE | | ✓ |

5

*Whether or not you found that the government has proven or not proven the conduct under subsection (1) of Racketeering Act No. 13, answer section (2) of Racketeering Act No. 13 below:*

(2)   as to the rights of Local 82 members to democratic participation in the affairs of their labor organization as guaranteed by the LMRDA:

| Defendant JOSEPH BURHOE | _____ Proven | ✓ Not Proven |
|---|---|---|

Racketeering Act No. 14:
(Extortion of Edward Flaherty and Other Local 82 Members)

(1)   as to wages and employee benefits:

| Defendant JOHN PERRY | ✓ Proven | _____ Not Proven |
|---|---|---|
| Defendant JOSEPH BURHOE | _____ Proven | ✓ Not Proven |

*Whether or not you found that the government has proven or not proven the conduct under subsection (1) of Racketeering Act No. 14, answer section (2) of Racketeering Act No. 14 below:*

(2)   as to the rights of Local 82 members to democratic participation in the affairs of their labor organization as guaranteed by the LMRDA:

| Defendant JOHN PERRY | ✓ Proven | _____ Not Proven |
|---|---|---|
| Defendant JOSEPH BURHOE | _____ Proven | ✓ Not Proven |

Racketeering Act No. 15:
(Extortion of James Lee and Other Local 82 Members)

(1)   as to wages and employee benefits:

| Defendant JOHN PERRY | ✓ Proven | _____ Not Proven |
|---|---|---|

6

*Whether or not you found that the government has proven or not proven the conduct under subsection (1) of Racketeering Act No. 15, answer section (2) of Racketeering Act No. 15 below:*

(2)     as to the rights of Local 82 members to democratic participation in the affairs of their labor organization as guaranteed by the LMRDA:

| | | |
|---|---|---|
| Defendant JOHN PERRY | ✓ Proven | _____ Not Proven |

Racketeering Act No. 16:
(Extortion of Robert Wellman and Other Local 82 Members)

(1)     as to wages and employee benefits:

| | | |
|---|---|---|
| Defendant JOHN PERRY | ✓ Proven | _____ Not Proven |
| Defendant JOSEPH BURHOE | ✓ Proven | _____ Not Proven |

*Whether or not you found that the government has proven or not proven the conduct under subsection (1) of Racketeering Act No. 16, answer section (2) of Racketeering Act No. 16 below:*

(2)     as to the rights of Local 82 members to democratic participation in the affairs of their labor organization as guaranteed by the LMRDA:

| | | |
|---|---|---|
| Defendant JOHN PERRY | ✓ Proven | _____ Not Proven |
| Defendant JOSEPH BURHOE | ✓ Proven | _____ Not Proven |

As to Count TWO (Racketeering Conspiracy), we unanimously find:

| | | |
|---|---|---|
| Defendant JOHN PERRY | ✓ Guilty | _____ Not Guilty |
| Defendant JOSEPH BURHOE | ✓ Guilty | _____ Not Guilty |
| Defendant JAMES DEAMICIS | _____ Guilty | _____ Not Guilty |
| Defendant THOMAS FLAHERTY | _____ Guilty | ✓ Not Guilty |

7

As to Count THREE (Conspiracy to Extort Employer Entities), we unanimously find:

| Defendant JOHN PERRY | ✓ Guilty | ___ Not Guilty |
|---|---|---|
| Defendant JOSEPH BURHOE | ✓ Guilty | ___ Not Guilty |
| Defendant JAMES DEAMICIS | ___ Guilty | ___ Not Guilty |
| Defendant THOMAS FLAHERTY | ___ Guilty | ✓ Not Guilty |

As to Count FOUR (Extortion of Four Pints, LLC), we unanimously find:

| Defendant JOSEPH BURHOE | ✓ Guilty | ___ Not Guilty |
|---|---|---|

As to Count FIVE (Extortion of Rafanelli Events and Brigham & Women's Hospital), we unanimously find:

| Defendant JOHN PERRY | ___ Guilty | ✓ Not Guilty |
|---|---|---|
| Defendant JOSEPH BURHOE | ✓ Guilty | ___ Not Guilty |

As to Count SIX (Extortion of Sebastian's Café & Catering and Best of Boston), we unanimously find:

| Defendant JOHN PERRY | ___ Guilty | ✓ Not Guilty |
|---|---|---|
| Defendant JAMES DEAMICIS | ___ Guilty | ✓ Not Guilty |

As to Count SEVEN (Extortion of U.S. Green Building Council and Wolfgang Puck), we unanimously find:

| Defendant JOHN PERRY | ___ Guilty | ✓ Not Guilty |
|---|---|---|

Defendant JOSEPH BURHOE  ✓ Guilty ___ Not Guilty

As to Count EIGHT (Extortion of Novartis and The Westin Waterfront Hotel), we unanimously find:

Defendant JOHN PERRY  ___ Guilty  ✓ Not Guilty

Defendant JOSEPH BURHOE  ___ Guilty  ✓ Not Guilty

Defendant JAMES DEAMICIS  ___ Guilty  ✓ Not Guilty

As to Count NINE (Attempted Extortion of Live Nation), we unanimously find:

Defendant JAMES DEAMICIS  ___ Guilty  ___ Not Guilty

Defendant THOMAS FLAHERTY  ___ Guilty  ✓ Not Guilty

As to Count TEN (Attempted Extortion of Massachusetts Democratic Party), we unanimously find:

Defendant JOHN PERRY  ___ Guilty  ✓ Not Guilty

Defendant JOSEPH BURHOE  ___ Guilty  ✓ Not Guilty

Defendant JAMES DEAMICIS  ___ Guilty  ✓ Not Guilty

Defendant THOMAS FLAHERTY  ___ Guilty  ✓ Not Guilty

As to Count ELEVEN (Extortion of Massachusetts General Hospital), we unanimously find:

Defendant JOHN PERRY  ✓ Guilty  ___ Not Guilty

| | | |
|---|---|---|
| Defendant JAMES DEAMICIS | _____ Guilty | ✓ Not Guilty |

As to Count TWELVE (Extortion of The Westin Copley Hotel), we unanimously find:

| | | |
|---|---|---|
| Defendant JOHN PERRY | _____ Guilty | ✓ Not Guilty |
| Defendant JAMES DEAMICIS | _____ Guilty | _____ Not Guilty |

As to Count THIRTEEN (Extortion of The Great Bridal Show and The Westin Waterfront Hotel), we unanimously find:

| | | |
|---|---|---|
| Defendant JOSEPH BURHOE | ✓ Guilty | _____ Not Guilty |

As to Count FOURTEEN (Conspiracy to Extort – Manipulation of Contract Ratification Votes), we unanimously find:

(1) as to wages and employee benefits:

| | | |
|---|---|---|
| Defendant JOHN PERRY | ✓ Guilty | _____ Not Guilty |
| Defendant JOSEPH BURHOE | ✓ Guilty | _____ Not Guilty |
| Defendant JAMES DEAMICIS | _____ Guilty | ✓ Not Guilty |
| Defendant THOMAS FLAHERTY | _____ Guilty | ✓ Not Guilty |

*Whether or not you found that the government has proven or not proven the conduct under subsection (1) of Count FOURTEEN, answer section (2) of Count FOURTEEN below:*

(2) as to the rights of Local 82 members to democratic participation in the affairs of their labor organization as guaranteed by the LMRDA:

| | | |
|---|---|---|
| Defendant JOHN PERRY | ✓ Guilty | _____ Not Guilty |

10

Defendant JOSEPH BURHOE    ✓ Guilty    ___ Not Guilty

Defendant JAMES DEAMICIS    ___ Guilty    ✓ Not Guilty

Defendant THOMAS FLAHERTY    ___ Guilty    ✓ Not Guilty

As to Count FIFTEEN (Extortion – Manipulation of Contract Ratification Votes), we unanimously find:

(1) as to wages and employee benefits:

Defendant JOHN PERRY    ✓ Guilty    ___ Not Guilty

Defendant JOSEPH BURHOE    ✓ Guilty    ___ Not Guilty

Defendant JAMES DEAMICIS    ___ Guilty    ✓ Not Guilty

Defendant THOMAS FLAHERTY    ___ Guilty    ✓ Not Guilty

*Whether or not you found that the government has proven or not proven the conduct under subsection (1) of Count FIFTEEN, answer section (2) of Count FIFTEEN below:*

(2) as to the rights of Local 82 members to democratic participation in the affairs of their labor organization as guaranteed by the LMRDA:

Defendant JOHN PERRY    ✓ Guilty    ___ Not Guilty

Defendant JOSEPH BURHOE    ✓ Guilty    ___ Not Guilty

Defendant JAMES DEAMICIS    ___ Guilty    ✓ Not Guilty

Defendant THOMAS FLAHERTY    ___ Guilty    ✓ Not Guilty

As to Count SIXTEEN (Extortion of Edward Flaherty and Other Local 82 Members), we unanimously find:

(1) as to wages and employee benefits:

    Defendant JOSEPH BURHOE      _____      ✓

                                                                     Guilty                Not Guilty

*Whether or not you found that the government has proven or not proven the conduct under subsection (1) of Count SIXTEEN, answer section (2) of Count SIXTEEN below:*

(2) as to the rights of Local 82 members to democratic participation in the affairs of their labor organization as guaranteed by the LMRDA:

    Defendant JOSEPH BURHOE      _____      ✓

                                                                     Guilty                Not Guilty

As to Count SEVENTEEN (Extortion of Edward Flaherty and Other Local 82 Members), we unanimously find:

(1) as to wages and employee benefits:

    Defendant JOHN PERRY      ✓      _____

                                                                      Guilty                Not Guilty

    Defendant JOSEPH BURHOE      _____      ✓

                                                                     Guilty                Not Guilty

*Whether or not you found that the government has proven or not proven the conduct under subsection (1) of Count SEVENTEEN, answer section (2) of Count SEVENTEEN below:*

(2) as to the rights of Local 82 members to democratic participation in the affairs of their labor organization as guaranteed by the LMRDA:

    Defendant JOHN PERRY      ✓      _____

                                                                      Guilty                Not Guilty

    Defendant JOSEPH BURHOE      _____      ✓

                                                                     Guilty                Not Guilty


As to Count EIGHTEEN (Extortion of James Lee and Other Local 82 Members), we unanimously find:

(1)  as to wages and employee benefits:

Defendant JOHN PERRY    ✓ Guilty    ___ Not Guilty

*Whether or not you found that the government has proven or not proven the conduct under subsection (1) of Count EIGHTEEN, answer section (2) of Count EIGHTEEN below:*

(2)  as to the rights of Local 82 members to democratic participation in the affairs of their labor organization as guaranteed by the LMRDA:

Defendant JOHN PERRY    ✓ Guilty    ___ Not Guilty

As to Count NINETEEN (Extortion of Robert Wellman and Other Local 82 Members), we unanimously find:

(1)  as to wages and employee benefits:

Defendant JOHN PERRY    ✓ Guilty    ___ Not Guilty

Defendant JOSEPH BURHOE    ✓ Guilty    ___ Not Guilty

*Whether or not you found that the government has proven or not proven the conduct under subsection (1) of Count NINETEEN, answer section (2) of Count NINETEEN below:*

(2)  as to the rights of Local 82 members to democratic participation in the affairs of their labor organization as guaranteed by the LMRDA:

Defendant JOHN PERRY    ✓ Guilty    ___ Not Guilty

Defendant JOSEPH BURHOE    ✓ Guilty    ___ Not Guilty

As to Count TWENTY (Prohibition Against Certain Persons Holding Office), we unanimously find:

Defendant JOHN PERRY          ✓ Guilty          ___ Not Guilty

Defendant JOSEPH BURHOE       ✓ Guilty          ___ Not Guilty


_____          11/19/2014
FOREPERSON'S SIGNATURE                   DATE

14