# United States Court of Appeals
## For the First Circuit

No. 15-1612

UNITED STATES OF AMERICA,

Appellee,

v.

JOHN PERRY,

Defendant, Appellant.

**JUDGMENT**

Entered: September 8, 2017

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: John Perry's convictions on counts 1, 2, 3, 11, 14, 15, 17, 18 and 19 are reversed, and his conviction on count 29 is affirmed.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Hon. Denise Jefferson Casper
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Matthew D. Thompson
Thomas J. Butters
Michael R. Schneider
Jeffrey Harris
Timothy E. Moran
Susan G. Winkler
Dina Michael Chaitowitz
Laura Jean Kaplan
Randall Ernest Kromm
Ross Brandon Goldman